IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROBERT JOHN MORRISON, #2001080062**                                **PETITIONER**

**v.**                                    **CIVIL ACTION NO. 1:08-cv-30-LG-RHW**

**PEARL RIVER COUNTY**                                             **RESPONDENT**

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal for lack of jurisdiction. Pursuant to the Memorandum Opinion and Order issued this day, the Court finds that this cause should be dismissed without prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction. All pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED** this the 4th day of February, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE